No. 09-9838. Carman Deck, Petitioner v. Missouri.

561 U.S. 1028, 130 S. Ct. 3505, 177 L. Ed. 2d 1095, 2010 U.S. LEXIS 5494.

June 28, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

1095

Same case below, 303 S.W.3d 527.